1  BENJAMIN B. WAGNER
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916)554-2700

5  Attorneys for the United States

6

7

8

9               IN THE UNITED STATES DISTRICT COURT FOR THE

                     EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA,          | 2:12-cv-813-WBS-EFB

12 |          Plaintiff,

13 |     v.                             | APPLICATION AND ORDER FOR
                                          PUBLICATION
14 | REAL PROPERTY LOCATED AT 21968
     ROCKAWAY ROAD, NORTH SAN
15 | JUAN, CALIFORNIA, NEVADA
     COUNTY, APN: 60-210-01, INCLUDING
16 | ALL APPURTENANCES AND
     IMPROVEMENTS THERETO,
17
18 |          Defendant.

19

20        The United States of America, Plaintiff herein, applies for an order of

21 publication as follows:

22        1.  Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and

23 Asset Forfeiture Actions (hereafter "Supplemental Rules") provides that the Plaintiff

24 shall cause public notice of the action to be given in a newspaper of general circulation

25 or on the official internet government forfeiture site;

26        2.  Local Rule 171, Eastern District of California, provides that the Court shall

27 designate by order the appropriate newspaper or other vehicle for publication;

28        3.  The defendant property is located in the city of North San Juan, Nevada

                                        1                  Application and Order for Publication

1  County, California;

2      4.    Plaintiff proposes that publication be made as follows:

3          a.    One publication;

4          b.    Thirty (30) consecutive days;

5          c.    On the official internet government forfeiture

6  site www.forfeiture.gov;

7          d.    The publication is to include the following:

8              (1)    The Court and case number of the action;

9              (2)    The date of the seizure/posting;

10              (3)    The identity and/or description of the property seized/posted;

11              (4)    The name and address of the attorney for the Plaintiff;

12              (5)    A statement that claims of persons entitled to possession or

13  claiming an interest pursuant to Supplemental Rule G(5) must be filed with the Court

14  and served on the attorney for the Plaintiff no later than 60 days after the first day of

15  publication on the official internet government forfeiture site; and

16              (6)    A statement that answers to the Complaint or a motion

17  under Rule 12 of the Federal Rules of Civil Procedure ("Fed. R. Civ. P.") must be filed

18  and served within 21 days after the filing of the claims and, in the absence thereof,

19  default may be entered and condemnation ordered.

20  Dated:    3/30/12               BENJAMIN B. WAGNER
                                    United States Attorney

21

22

23                          By:    /s/ Kevin C. Khasigian
                               KEVIN C. KHASIGIAN
                               Assistant U.S. Attorney

24

25

26  **IT IS SO ORDERED.**

27  Dated: April 5, 2012.

                                     EDMUND F. BRENNAN
                                     UNITED STATES MAGISTRATE JUDGE

28

Application and Order for Publication