BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>REAL PROPERTY LOCATED AT 25818 BURDA LANE, NEVADA CITY, CALIFORNIA, NEVADA COUNTY, APN: 60-380-02, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,<br><br>Defendant. | 2:12-CV-00813-WBS-EFB<br><br>STIPULATION TO STAY FURTHER PROCEEDINGS AND ORDER [~~PROPOSED~~] |

The United States and Claimants Ethan Lee Stuart and Jamie Crantelle Merenda (hereafter "claimants"), by and through their respective counsel, hereby stipulate that a stay is necessary in the above-entitled action, and request that the Court enter an order staying all further proceedings in this civil forfeiture action until the proceedings in the related criminal case, *United States v. Sean Farrell, et al.*, 2:12-CR-00076-WBS, have concluded.   The parties request this stay for the following reasons:

1. Claimant Ethan Lee Stuart filed a claim on May 3, 2012 and answer on May 17, 2012.   Claimant Jamie Crantelle Merenda filed a claim on May 21, 2012 and

1  answer on June 14, 2012.

2      2.    The stay is requested pursuant to 18 U.S.C. §§ 981(g)(1) and 981(g)(2). The United States contends that the defendant property was used to facilitate the cultivation of marijuana.  Claimants deny these allegations.

    3.    The United States intends to depose claimants regarding their ownership of the defendant property, as well as their knowledge and participation in large scale marijuana cultivation, including the marijuana grow at the defendant property.  The United States also intends on deposing others involved in the marijuana grow at the defendant property (and nearby properties) in October 2011.  If discovery proceeds at this time, claimants will be placed in the difficult position of either invoking their Fifth Amendment rights against self-incrimination and losing the ability to pursue their claims to the defendant property, or waiving their Fifth Amendment rights and submitting to a deposition and potentially incriminating themselves.  If they invoke their Fifth Amendment rights, the United States will be deprived of the ability to explore the factual basis for the claims they filed with this court.

    4.    In addition, claimants intend to depose the law enforcement officers involved in the criminal investigation.  Allowing depositions of the law enforcement officers at this time would adversely affect the ability of federal authorities to investigate potential criminal violations in this case and others associated with the marijuana grows uncovered in October 2011.  The same is true with respect to written discovery that could be issued by the United States and claimants.

    5.    Accordingly, the parties recognize that proceeding with this action at this time has potential adverse affects on the investigation of the underlying criminal conduct and/or upon the claimants' ability to prove their claims to the property and assert any defenses to forfeiture.  For these reasons, the parties jointly request that

///

///

///

1  this matter be stayed until the conclusion of the criminal case.  At that time the parties
2  will advise the court of the status of the criminal case and will advise the court
3  whether a further stay is necessary.  The Scheduling Conference date of January 22,
4  2013 is hereby vacated.

6  Dated: 1/3/13                              BENJAMIN B. WAGNER
                                              United States Attorney

8                                       By:   /s/ Kevin C. Khasigian
                                              KEVIN C. KHASIGIAN
9                                             Assistant U.S. Attorney

11 Dated: 1/2/13                              /s/ Carolyn M. Hagin
                                              CAROLYN M. HAGIN
12                                            Attorney for claimants

13                                            (Signature retained by attorney)

15                                    **ORDER**

16      For the reasons set forth above, this action is stayed pursuant to 18 U.S.C. §
17 981(g)(1), 18 U.S.C. § 981(g)(2), and 21 U.S.C. § 881(i) until the conclusion of the
18 criminal case, at which time the parties will advise the Court whether a further stay is
19 necessary.
20      IT IS SO ORDERED.

22 Dated:  January 3, 2013

                                              WILLIAM B. SHUBB
                                              UNITED STATES DISTRICT JUDGE