PHILLIP A. TALBERT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:12-CV-00813-WBS-EFB |
|---|---|
| Plaintiff, | |
| v. | FINAL JUDGMENT OF FORFEITURE |
| REAL PROPERTY LOCATED AT 25818 BURDA LANE, NEVADA CITY, CALIFORNIA, NEVADA COUNTY, APN: 60 380 02, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | |
| Defendant. | |

Pursuant to the Stipulation for Final Judgment of Forfeiture, the Court finds:

1. This is a civil action *in rem* brought against certain real property located at 25818 Burda Lane, Nevada City, California, Nevada County, APN: 60-380-02 ("defendant property") and more fully described in Exhibit A, attached hereto and incorporated herein by reference.

2. A Verified Complaint for Forfeiture *In Rem* ("Complaint") was filed on March 30, 2012, alleging that said defendant property is subject to forfeiture to the United States pursuant to 21 U.S.C. § 881 (a)(7).

3. On May 18, 2012, the defendant property was posted with a copy of the Complaint and Notice of Complaint.

1

4. Beginning on May 11, 2012, for at least thirty consecutive days, the United States published Notice of the Forfeiture Action on the official internet government forfeiture site www.forfeiture.gov. A Declaration of Publication was filed on June 11, 2012.

5. In addition to the public notice on the official internet government forfeiture site www.forfeiture.gov, actual notice or attempted notice was given to the following individual(s):

    a. Ethan Lee Stuart

    b. Jaime Crantelle Merenda

6. Claimant Ethan Lee Stuart filed a claim to the defendant property on May 3, 2012, and an answer to the complaint on May 17, 2012. Claimant Jamie Merenda filed a claim to the defendant property on May 21, 2012, and an answer to the complaint on June 14, 2012. No other parties have filed claims or answers in this matter, and the time in which any person or entity may file a claim and answer has expired.

8. No other parties have filed claims or answers in this matter, and the time in which any person or entity may file a claim and answer has expired.

Based on the above findings, and the files and records of the Court, it is hereby ORDERED AND ADJUDGED:

1. The Court adopts the Stipulation for Final Judgment of Forfeiture entered into by and between the parties to this action.

2. Judgment is hereby entered against claimants Ethan Lee Stuart and Jaime Crantelle Merenda and all other potential claimants who have not filed claims in this action.

3. Within sixty (60) days of the entry of Final Judgment of Forfeiture, Claimants Ethan Lee Stuart and Jaime Merenda shall send a cashier's check for $30,000.00 made payable to the U.S. Marshals Service to the U.S. Attorney's Office, Attn: Asset Forfeiture Unit, 501 I Street, Suite 10-100, Sacramento, CA 95814. All right, title, and interest in said funds shall be substituted for the defendant property located at 25818 Burda Lane, Nevada City, California, Nevada County, APN: 60-380-02 and forfeited to the United States pursuant to 21 U.S.C. § 881(a)(7), to be disposed of according to law.

4. Within thirty (30) days of full payment of the entire settlement amount of $30,000.00, the United States shall record a withdrawal of *lis pendens* against the defendant real property.

5. If payment in full is not made within the time stipulated above, Claimants Ethan Lee Stuart and Jaime Merenda will be deemed to be in default of this stipulation and the U.S. Marshals Service shall be authorized to sell the defendant property, in the most commercially feasible manner, as soon as reasonably possible, for the maximum price. Through the sale of the defendant property, the United States shall receive the net proceeds of the defendant property, less payments for costs of selling the property, cleanup, other expenses incurred, and any legitimate liens that exist on the defendant property.

6. The United States and its servants, agents, and employees and all other public entities, their servants, agents, and employees, are released from any and all liability arising out of or in any way connected with the filing of the Complaint and the posting of the defendant property with the Complaint and Notice of Complaint. This is a full and final release applying to all unknown and unanticipated injuries, and/or damages arising out of said filing and posting of the Complaint and Notice of Complaint, or forfeiture, as well as to those now known or disclosed. The claimants waived the provisions of California Civil Code § 1542.

7. All parties are to bear their own costs and attorneys' fees.

8. The U.S. District Court for the Eastern District of California, Hon. William B. Shubb, District Judge, shall retain jurisdiction to enforce the terms of this Final Judgment of Forfeiture.

9. Based upon the allegations set forth in the Complaint filed March 30, 2012, and the Stipulation for Final Judgment of Forfeiture filed herein, the Court enters this Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for the filing of the Complaint and the posting of the defendant property with the Complaint and Notice of Complaint, and for the commencement and prosecution of this forfeiture action.

SO ORDERED.

Dated: June 14, 2017

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE